Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy A. Mavyan (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. Ste. 210
Pasadena, CA 91101-2105
(626) 395-7576 (office)
(661) 430-5467 (fax)
wavery@thebankruptcylawcenter.com

Attorneys for Plaintiff David M. Goodrich, chapter 7 trustee

*Fortis est veritas*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>REINA ISABEL CERROS, an individual,<br><br>Debtor.<br><br>SSN # xxx-xx-9238<br><br>DAVID M. GOODRICH, Chapter 7 Trustee of REINA ISABEL CERROS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REINA ISABEL CERROS, an individual,<br><br>Defendant. | Case No. 2:19-bk-17598-BR<br>Chapter 7<br>Adv. No.<br><br>**TRUSTEE'S COMPLAINT TO DENY THE DEBTOR'S DISCHARGE [11 U.S.C. § 727(a)]**<br><br>Date: [To be set]<br>Time: [To be set]<br>Place: U.S. Courthouse<br>Courtroom 1668<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT REINA ISABEL CERROS AND OTHER PARTIES IN INTEREST:**

**P**laintiff David M. Goodrich ("Goodrich"), the duly appointed and acting chapter 7 trustee (the "Trustee" or "Plaintiff"), for the bankruptcy estate (the "Estate") of Reina Isabel Cerros, an individual (the "Debtor" or "Defendant") in Case No. 2:19-bk-17598-BR (the "Bankruptcy Case"), hereby complains of the above-captioned Defendant Debtor as follows.

## PARTIES

1. Plaintiff is the duly appointed and acting chapter trustee of the Debtor in the Bankruptcy Case. The Debtor commenced the Bankruptcy Case by filing a chapter 7 voluntary petition (the "Petition"), Schedules (the "Schedules") and Statement of Affairs (the "Statement of Affairs") on June 28, 2019 (the "Petition Date"). Goodrich was subsequently appointed as the Trustee.

2. Defendant Maria Cerros, an individual is the Defendant (the "Defendant" or "Mother") of the Debtor and resides at 296 E. Heath Lane, Long Beach CA 90805 (the "SFR"). The Mother is an insider of the Debtor.

## THE REAL PROPERTY THAT IS THE SUBJECT OF THIS ADVERSARY PROCEEDING

3. The SFR is located in the Central District of California and bears Los Angeles County assessor's parcel number 7303-017-013. The SFR is assessed as an improvement of 1,633ϕ built in 1939 on a 5,686ϕ parcel. The correct legal description of the SFR (the "Legal Description") is as follows:

> LOT 42 OF TRACT NO. 12075 IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 222, PAGES 46 TO 48 INCLUSIVE MAPS IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, STATE OF CALIFORNIA.

4. As of January 13, 2015, the Debtor owned the SFR in Fee Simple with the Mother as joint tenants.

5. A deed of trust recorded on or about January 23, 2015 in Los Angeles County as document # 15-0037672 (the "First Mortgage") in which the trustor is the Debtor and the Mother, and the beneficiary is ONY GLO Inc., a California corporation dba OGI Mortgage Bankers ("OGI"), secures a promissory note (the "First Promissory Note") in the amount of $189,000. The First Promissory Note and the First Mortgage were assigned to "Mr. Cooper" at an unknown date. The monthly statements on the First Mortgage are addressed to the Debtor, not to the Mother. According to Schedule D, as of the Petition Date there was a $152,399 balance on the First Mortgage. According to a mortgage statement from Mr. Cooper, as of July 16, 2019 there was a $149,238.82 balance on the First Mortgage.

6. At the Debtor's Meeting of Creditors (the "MOC") on July 29, 2019, the Debtor testified that she was only on title to the SFR because her mother needed the Debtor's credit to get the First Mortgage from OGI.

7. By a grant deed recorded on or about November 13, 2017 (the "Transfer Date") in Los Angeles County as document # 2017-1300712 (the "Grant Deed"), the Debtor's joint tenancy interest in the SFR (the "SFR Joint Tenancy Interest") was transferred (the "Transfer") to the Mother for no consideration. A true and correct copy of the Grant Deed is attached hereto and incorporated herein as **Exhibit 1**. The Grant Deed has an incorrect Legal Description. Id.

## JURISDICTION

8. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and (2) and 1334(a) and General Order No. 242-A of the District Court for the Central District of California, as this is a core proceeding under 28 U.S.C. § 157(a) and § 157(b)(2)(J). Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a), in that the instant adversary proceeding is related to the Bankruptcy Case which is a case under Title 11 of the U.S. Code.

## GENERAL ALLEGATIONS

9. The Debtor and her Mother lived at the SFR as of the Petition Date.

10. The approximate fair market value of the SFR as of the Petition Date was $505,000.

11. The Transfer is not listed in the Statement of Affairs.

12. The Transfer is disclosed in the Amended Statement of Affairs filed on September 8, 2019.

13. The following scheduled, non-contingent, undisputed, liquidated unsecured claims existed as of the Transfer Date (collectively, the "Unsecured Claims") held by the following claimants (collectively, the "Claimants"):

    a. Costco Go Anywhere Citicard;

    b. US Bank.

14. The SFR constitutes all or substantially all of the Debtor's non-exempt assets.

15. The SFR had valuable equity for the benefit of the Debtor's creditors as of the date

1  of the Transfer and as of the Petition Date.

2    16. The Debtor was insolvent when the Transfer was made or became insolvent as a
3  result of the Transfer.

4    17. The Debtor retained possession of the SFR after the Transfer.

5    18. The instant complaint (the "Complaint") initiates an adversary proceeding (the
6  "Adversary Proceeding") by which the Trustee seeks to deny the Debtor's discharge

## FIRST CLAIM FOR RELIEF

## (DENIAL OF DISCHARGE)

## [11 U.S.C. § 727(a)(2)(A) and (B)]

10    19. Plaintiff refers to and incorporates herein each and every allegation contained in
11  Paragraphs 1 through 18, inclusive, of this Complaint as though fully set forth at length herein.

12    20. The Debtor, with intent to hinder, delay, or defraud a creditor or the Trustee who is
13  an officer of the Estate charged with custody of property under this title, has transferred, removed,
14  destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed,
15  mutilated, or concealed property of the Debtor, within one year before the date of the filing of the
16  petition, including without limitation the SFR.

17    21. The Debtor, with intent to hinder, delay, or defraud a creditor or an officer of the
18  estate charged with custody of property under this title, has transferred, removed, destroyed,
19  mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or
20  concealed property of the estate, after the Petition Date, including without limitation the SFR.

21    22. The Debtor's discharge should be denied pursuant to Section 727(a)(2)(A) and (B).

## SECOND CLAIM FOR RELIEF

## (DENIAL OF DISCHARGE)

## [11 U.S.C. § 727(a)(3)]

25    23. Plaintiff refers to and incorporates herein each and every allegation contained in
26  Paragraphs 1 through 18, inclusive, of this Complaint as though fully set forth at length herein.

27    24. The Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or

28

preserve any recorded information, including books, documents, records, and papers, from which the Debtor's financial condition or business transactions might be ascertained, and such act or failure to act was justified under all of the circumstances of the case, including without limitation recorded information pertaining to the First Promissory Note, the First Mortgage and the SFR.

25.    The Debtor's discharge should be denied pursuant to Section 727(a)(3).

## THIRD CLAIM FOR RELIEF

## (DENIAL OF DISCHARGE)

## [11 U.S.C. § 727(a)(4)(A) and (D)]

26.    Plaintiff refers to and incorporates herein each and every allegation contained in Paragraphs 1 through 18, inclusive, of this Complaint as though fully set forth at length herein.

27.    The Debtor has knowingly and fraudulently, in or in connection with the case failed to disclose the Transfer in the Statement of Affairs.

28.    The Debtor has withheld from the Trustee, an officer of the estate entitled to possession under this title, recorded information, including books, documents, records, and papers, relating to the Debtor's property or financial affairs, including, without limitation information pertaining to the to the First Promissory Note, the First Mortgage and the SFR.

29.    The Debtor's discharge should be denied pursuant to Section 727(a)(4)(A) and (D).

## FOURTH CLAIM FOR RELIEF

## (DENIAL OF DISCHARGE)

## [11 U.S.C. § 727(a)(5)]

30.    Plaintiff refers to and incorporates herein each and every allegation contained in Paragraphs 1 through 18, inclusive, of this Complaint as though fully set forth at length herein.

31.    The Debtor has failed to explain satisfactorily, before determination of denial of discharge under this paragraph, any loss of assets or deficiency of assets to meet the Debtor's liabilities, including without limitation the circumstances surrounding the Transfer.

32.    The Debtor's discharge should be denied pursuant to Section 727(a)(5).

**WHEREFORE,** Plaintiff prays for judgment against the Debtor as follows:

1      A.    As to the first, second, third and fourth claims for relief, that the Debtor's Discharge be denied;

2      B.    On all causes of action, for attorney fees and all other consequential and punitive damages as may be awarded by the Court; and

3      C.    Such other and further relief as this Court deems just and proper.

DATED: September 26, 2019    **LAW OFFICES OF WESLEY H. AVERY, APC**

By: *(signature)*
Wesley H. Avery
Lucy A. Mavyan
Attorneys for Plaintiff David M. Goodrich,
Chapter 7 Bankruptcy Trustee

# EXHIBIT 1

**This page is part of your document - DO NOT DISCARD**

# 20171300712



Pages:
0002

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**11/13/17 AT 01:15PM**

|  |  |
|---|---:|
| FEES: | 22.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 22.00 |



**LEADSHEET**



201711133260026

**00014496409**

008721326

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

*E269820*

RECORDING REQUESTED BY:
MARIA CERROS

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:

MARIA CERROS
296 EAST HEATH LANE
LONG BEACH, CA 90805

Order No.:
Escrow No.:
APN: 7303-017-013

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):    DOCUMENTARY TRANSFER TAX IS $ 00 NONE
_____ Computed on full value of property conveyed, or
_____ Computed on full value less liens and encumbrances remaining at time of sale.
_____ Unincorporated area  _x_ City of LONG BEACH
This conveyance confirms a change of name and the grantor and grantee are the same party, R&T 11911

For valuable consideration, receipt of which is hereby acknowledged,
MARIA CERROS, A WIDOW AND REINA CERROS, A SINGLE WOMAN AS JOINT TENANTS
hereby REMISE(S), RELEASE(S) AND FOREVER QUITCLAIM(S) to
MARIA CERROS A WIDOW
the real property situated in the City of LONG BEACH, County of LOS ANGELES, State of California, described as:

LOT 42 OF TRACT NO. 12075 IN THE CITY OF LONG BEACH COUNTY OF LOS AGELES STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 222, PAGES 46 TO 48 INCLUSIVE MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

Dated: 11/10/2017

MARIA CERROS

REINA CERROS

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
COUNTY OF Los Angeles  ) SS.
                       )

On 11/10/2017 before me, LETICIA ROCIO DIAZ, Notary Public, personally appeared MARIA CERROS AND REINA CERROS,
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Leticia Rocio Diaz_

LETICIA ROCIO DIAZ
Commission # 2120286
Notary Public - California
Los Angeles County
My Comm. Expires Jul 20, 2019

MAIL TAX STATEMENTS AS DIRECTED ABOVE

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>David M. Goodrich,<br>as chapter 7 trustee of Reina Isabel Cerros | **DEFENDANTS**<br>Reina Isabel Cerros |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Wesley H. Avery, Esq. CLS-B SBN 155724<br>Law Offices of Wesley H. Avery, APC // Phone: (626)395-7576<br>758 E. Colorado Blvd., Suite 210, Pasadena, CA 91101 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to deny discharge [ 11 U.S.C. § 727(a) ]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[1] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |
| Other Relief Sought | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Reina Isabel Cerros | BANKRUPTCY CASE NO.<br>2:19-bk-17598-BR | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Barry Russell |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF<br>David M. Goodrich,<br>as chapter 7 trustee of Reina Isabel Cerros | DEFENDANT<br>Maria Cerros, Does 1-20 | ADVERSARY PROCEEDING NO.<br>tbd |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Barry Russell |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*/s/ Wesley H. Avery*<br>Wesley H. Avery, Esq. CLS-B SBN 155724 | | |
| DATE<br>September 26, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Wesley H. Avery, Esq. CLS-B SBN 155724 | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Wesley H. Avery, Esq. CLS-B SBN 155724<br>Law Offices of Wesley H. Avery, APC<br>758 E. Colorado Blvd., Suite 210<br>Pasadena, California 91101<br>Telephone: (626) 395-7576<br>Fax No:      (661) 430-5467<br>wavery@thebankruptcylawcenter.com<br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Reina Isabel Cerros<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-17598-BR<br>CHAPTER: 7<br>ADVERSARY NO.: |
|---|---|
| David M. Goodrich,<br>chapter 7 trustee of Reina Isabel Cerros,<br><br><br>Plaintiff(s)<br>Versus<br><br>Reina Isabel Cerros, an individual,<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

**Hearing Date:** _____    **Address:**
**Time:** _____                 ☒ 255 East Temple Street, Los Angeles, CA 90012
**Courtroom:** 1668                ☐ 3420 Twelfth Street, Riverside, CA 92501
                                   ☐ 411 West Fourth Street, Santa Ana, CA 92701
                                   ☐ 1415 State Street, Santa Barbara, CA 93101
                                   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                            Page 1                            F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.**  All parties must read and comply with the rule, even if you are representing yourself.  You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference.  A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH).  If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference.  **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                    **KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

                    By: _____
                          Deputy Clerk

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 2      **F 7004-1.SUMMONS.ADV.PROC**