David M. Goodrich
 dgoodrich@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CERROS, REINA ISABEL<br><br>Debtor. | CASE NO. 2:19-bk-17598-BR<br><br>Chapter 7<br><br>**NOTICE OF TRUSTEE'S INTENTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554 (a), Fed. Rule Bank. Pro. 2002(c) & LOCAL BANKRUPTCY RULE 6007-1**<br><br>HEARING DATE:  [No Hearing Set] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND ALL INTERESTED PARTIES:**

**YOU ARE HEREBY NOTIFIED THAT** immediately after fourteen (14) days from the date of mailing of this Notice, David M. Goodrich, the duly appointed Chapter 7 Trustee herein (the "Trustee"), intends to and will abandon the following described personal property 2015 Honda Accord as it burdensome and of inconsequential value to the estate.

Pursuant to Local Bankruptcy Rule 6007-1, objections hereto and requests for hearing before the Court, if any, shall be in writing and filed with the Clerk of the United States Bankruptcy Court, located at 255 E. Temple Street, Room 940, Los

Angeles, California 90012, and served upon the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017 and the Trustee herein at the address shown at the upper left corner of the Notice, within fourteen (14) days of the date of the mailing of this Notice.  Any objections not timely filed and properly served will be waived and deemed as consent to the relief requested by the Trustee herein.  Pursuant to 11 U.S.C. § 554(a), Rule 2002(c) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 6007-1, if no written objection and request for hearing is served within fourteen (14) days of the mailing of the Notice, the Trustee shall be deemed to be authorized to take any and all actions necessary or convenient regarding the abandonment proposed herein in the Trustee's sole discretion.

The Trustee intends to abandon the following:

2015 Honda Accord

The abandonment may be effectuated, in the Trustee's sole discretion, upon the filing of a notice of abandonment with the Bankruptcy Court Clerk's Office, served solely upon the Office of the United States Trustee and the Debtor.  However, the Trustee reserves the right, in his sole discretion, to seek a Court order authorizing any and all actions necessary or convenient relative to the abandonment.  To the extent that a motion, request and/or application is required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the Local Bankruptcy Rules applicable hereto, this Notice shall constitute such motion, request and/or application.

DATED: January 23, 2020         /s/ David M. Goodrich
                                David M. Goodrich
                                Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF ABANDONMENT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 23, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Alex Pettigrew    ebnbankruptcy@ahm.honda.com,
- Valerie Smith    claims@recoverycorp.com
- Oscar R Swinton    oscarrswinton@earthlink.net, oscarswinton@gmail.com;catherinerod1@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  January 23, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 23, 2020 | Lorraine Robles | */s/ Lorraine Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | |
|---|---|
| 1 | American Honda Finance |
| | Attn: Bankruptcy |
| 2 | Po Box 168088 |
| | Irving, TX 75016 |
| 3 | |
| | Citibank, N.A. |
| 4 | 5800 S Corporate Pl |
| | Sioux Falls, SD 57108-5027 |
| 5 | |
| | Costco Go Anywhere Citicard |
| 6 | Citicorp Credit |
| | Services/Centralized Ban |
| 7 | Po Box 790040 |
| | St. Louis, MO 64195 |
| 8 | |
| | Emily D. Pierce, Esq. |
| 9 | Portfolio Recovery Associates, LLC |
| 10 | 4330 La Jolla Village Dr., Ste 320 |
| | San Diego, CA 92122 |
| 11 | |
| | Focus Receivables Mana |
| 12 | 1130 Northchase Pkwy |
| | Marietta, GA 30067 |
| 13 | |
| | Hyo Jin Julia Jung, Esq. |
| 14 | Midland Funding LLC |
| | 10601-G Tierrasanta Blvd #4540 |
| 15 | San Diego, CA 92124 |
| 16 | LVNV Funding, LLC |
| | Resurgent Capital Services |
| 17 | PO Box 10587 |
| | Greenville, SC 29603-0587 |
| 18 | |
| | Meline Grigoryan, Esq. |
| 19 | Midland Funding LLC |
| | 10601-G Tierrasanta Blvd #4540 |
| 20 | San Diego, CA 92124 |
| 21 | Midland Funding |
| | 2365 Northside Dr Ste 300 |
| 22 | San Diego, CA 92108 |
| 23 | Midland Funding |
| | 2365 Northside Dr Ste 300 |
| 24 | San Diego, CA 92108 |
| 25 | Midland Funding |
| | 2365 Northside Dr Ste 300 |
| 26 | San Diego, CA 92108 |
| 27 | Midland Funding |
| | 2365 Northside Dr Ste 30 |
| 28 | San Diego, CA 92108 |

| | |
|---|---|
| 1 | Midland Funding LLC |
| | PO Box 2011 |
| 2 | Warren MI 48090 |
| 3 | Mr. Cooper |
| | 8950 Cypress Waters Blvd |
| 4 | Coppell, TX 75019 |
| 5 | Portfolio Recovery |
| | Po Box 41021 |
| 6 | Norfolk, VA 23541 |
| 7 | Portfolio Recovery |
| | Po Box 41021 |
| 8 | Norfolk, VA 23541 |
| 9 | Portfolio Recovery Associates, LLC |
| 10 | c/o U.s. Bank National Association |
| 11 | POB 41067 |
| | Norfolk VA 23541 |
| 12 | |
| 13 | Portfolio Recovery Associates, LLC |
| | c/o Jc Penney |
| 14 | POB 41067 |
| | Norfolk VA 23541 |
| 15 | |
| | US Bank |
| 16 | Attn: Bankruptcy |
| | 800 Nicollet Mall |
| 17 | Minneapolis, MN 55402 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |